151 F.3d 1026
 Local Union No. 98, International Brotherhood of Electrical
Workers, Thomas J. Reilly, Dennis Link, William Rhodes,
Edward Neilson, John Dougherty, Joseph Agresti, Trustees of
IBEW 98 Pension Fund, Gerald T. Shaeffer, Mary T. Trodden,
Harry Foy, Todd Neilson, Eric Truxon, Trustees of IBEW 98
Vacation Trust Fund, Robert Rosato, Edward Gilmore, Gerald
T. Shaeffer, Edward Coppinter, Harry Foy, John Dougherty,
Trustees of IBEW Health and Welfare Fund, Bruce Shelly, James
 NO. 96-2018
 United States Court of Appeals,
Third Circuit.
 April 14, 1998
 Appeal From: E.D.Pa. ,No.9401447
 
 1
 Affirmed.